PORTER WILBURN, Movant, v. DAVID WEBB, Gdn. of Lloyd Prewitt, Opposed.

Court of Appeals of Kentucky.

Jan. 16, 1942.

Fritz Krueger for movant.

S. F. Bowman and J. J. Felton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## WADE v. BRAHAM.

Court of Appeals of Kentucky.

Jan. 16, 1942.

Marshall Funk and Wilbur Wade for movant.

Laurence B. Finn and J. T. Orendorf, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## GREATER KENTUCKY BUILDING & LOAN ASS'N et al. v. DOOM.

Court of Appeals of Kentucky.

Jan. 30, 1942.

Richard P. Dietzman and Dodd & Dodd for movant.

C. C. Molloy, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.